# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>The United States of America,<br><br>　　　　　Defendant. | Case No.  3:21-CV-00297-LRH-CSD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney fees.

DATED this 26th day of October, 2022.

JASON M. FRIERSON　　　　　　　　　　CLERKIN, SINCLAIR & MAHFOUZ, LLP
United States Attorney

/s/ Holly A. Vance　　　　　　　　　　　　/s/ Liam Q. O'Gorman-Hoyt
HOLLY VANCE　　　　　　　　　　　　　LIAM Q. O'GORMAN-HOYT
Assistant United States Attorney　　　　　　*Attorneys for Plaintiff*
*Attorneys for the United States*

**IT IS SO ORDERED.**

The stipulation of the parties to dismiss this action with prejudice is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

**DATED:** October 26, 2022